

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2015

No. 04-14-00734-CV

Sandra **SAKS**, Lee Nick McFadin, III, and Margaret Landen Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE LLC** and Marcus Rogers, as Trustee for
the Saks Children Trust a/k/a ATFL&L, a Texas trust,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court